UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **LACV 17-7886-VAP (MRWx)** | Date | 11/15/2017 |
|---|---|---|---|
| Title | ***James Ortiz and Yolanda Ortiz v. Citibank, N.A., et al.*** | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **AMENDED MINUTE ORDER (IN CHAMBERS) DENYING PLAINTIFFS' EX PARTE APPLICATIONS FOR RECONSIDERATION OF ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR SHORTENING TIME TO HEAR MOTION FOR REMAND AND TEMPORARY RESTRAINING ORDER (DOC. NO. 15)**

The Court's Order (Doc. No. 17), dated November 14, 2017, is amended as follows.

The Court has received and reviewed Defendants' Opposition to Plaintiffs' Ex Parte Application for Reconsideration of Order Denying Plaintiffs' Ex Parte Application for Motion to Shorten Time to Hear Plaintiffs' Motion to Remand (Doc. No. 16). The Defendants' Opposition, filed November 15, 2017, does not change the result. Defendants do not dispute that they knowingly removed a non-operative complaint. (See Doc. No. 16-1 at 4-6.) Moreover, Defendants' "good faith" belief that removal was valid on the basis of the amount in controversy exceeding $75,000 and the purported fraudulent joinder of Lexington Capital Corporation does not excuse their removal of a non-operative complaint.

**IT IS SO ORDERED.**