UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

JS-6

| | | | |
|---|---|---|---|
| Case No. | **LACV 17-7886-VAP (MRWx)** | Date | January 18, 2018 |
| Title | ***James Ortiz v. Citibank, N.A. et al.*** | | |

Present: The Honorable       VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    MINUTE ORDER (IN CHAMBERS) REMANDING CASE**


On November 14, 2017, the Court granted Plaintiffs' Motion to Remand the First Amended Complaint ("FAC") to Los Angeles Superior Court on the grounds that Defendants had removed the case on the basis of a non-operative complaint.  (Doc. No. 17.)  The Court, however, retained jurisdiction[1] over Plaintiffs' request for attorney's fees and provided both parties the opportunity to brief the issue.  (See id.)

On January 10, 2018, the Court granted Plaintiffs' request for attorney's fees. (Doc. No. 21.)  Accordingly, the Court now REMANDS the case in its entirety to Los Angeles Superior Court.


        **IT IS SO ORDERED.**

---

[1] "The district court retained jurisdiction after the remand to entertain Plaintiff's motion for attorney's fees."  Moore v. Permanente Medical Group, Inc., 981 F.2d 443, 445 (9th Cir. 1992).